

09-CR-05332-ORD

HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS BARRAGAN-CORONA,<br><br>Defendant. | No. CR09-5332 RJB<br><br>ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br>(Proposed) |

HAVING REVIEWED the court file and pleadings on this matter, this Court HEREBY ORDERS: The Federal Public Defenders for the Western District of Washington and Russell V. Leonard are permitted to withdraw as counsel, and Glenn K. Carpenter, Jr., is substituted as counsel of record in the above-referenced matter.

DATED this ___8___ day of July 2009.

ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/Glenn K. Carpenter, Jr.
Glenn K. Carpenter, Jr., WSBA #18301
Attorney for Jose Luis Barragan-Corona

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

Page 1

Glenn K. Carpenter, Jr., P.S.
24730 36th Avenue S.
Kent, Washington 98032
Tel: (253) 839-8449
gcarpenter@gkcarpenter.com

## CERTIFICATE OF SERVICE

I, Glenn K. Carpenter, Jr., hereby certify that on June 30th, 2009 I electronically filed the foregoing ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel.

S/ Glenn K. Carpenter, Jr.
Glenn K. Carpenter, Jr., WSBA #18301
Attorney for Defendant (Substituting)
Law Office Of Glenn K. Carpenter, Jr., P.S.
24730 – 36th Avenue S.
Kent, WA 98032
Telephone (253) 839-8449
FAX (253) 839-8486
gcarpenter@gkcarpenter.com

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

Page 2

Glenn K. Carpenter, Jr., P.S.
24730 36th Avenue S.
Kent, Washington 98032
Tel: (253) 839-8449
gcarpenter@gkcarpenter.com